ELIZABETH RODRIGUEZ, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on December 5, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH SERRANO, Appellant.—Judgment, Supreme Court, New York County (Brenda Soloff, J.), rendered on April 19, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sandler, J. P., Carro, Asch, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN SOMARRIBA, Appellant.—Judgment, Supreme Court, New York County (Martin Rettinger, J., at sentence; George Roberts, J., at plea), rendered on August 14, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) Appellant has fully served his sentence and has indicated that he does not wish to raise a plea-withdrawal issue, the only possibly nonfrivolous issue identified by assigned counsel. We have reviewed this record and agree with appellant's assigned counsel that there are no other nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Kassal and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELAINE THOMAS, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 19, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Concur—Kupferman, J. P., Sullivan, Ross, Kassal and Rosenberger, JJ.